part in the consideration or decision of this petition. 

No. 02–946. BOARD OF EDUCATION OF THE PAWLING CENTRAL SCHOOL DISTRICT *v.* SCHUTZ ET AL. C. A. 2d Cir. Motion of New York State School Boards Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 02–947. UNITED AIRLINES, INC., ET AL. *v.* HOSAKA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND HEIRS OF HOSAKA, ET AL. C. A. 9th Cir. Motion of Air Transport Association of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–961. PASCHAL ET UX. *v.* FLAGSTAR BANK, FSB (two judgments). C. A. 6th Cir. Motion of Fair Housing Center of Metropolitan Detroit for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–7809. BRIDGEWATER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. JUSTICE SOUTER and JUSTICE BREYER would grant certiorari. 

No. 02–8101. JONES *v.* PITCHER, WARDEN. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 01–1756. SWINDELL *v.* FLORIDA EAST COAST RAILWAY CO., *ante,* p. 820;

No. 01–5344. REYES *v.* UNITED STATES, 534 U. S. 917;

No. 01–9094. ABDUR'RAHMAN *v.* BELL, WARDEN, *ante,* p. 88;

No. 01–9994. LYON *v.* TEXAS, *ante,* p. 1044;

No. 01–10260. EARL *v.* HOWES, WARDEN, *ante,* p. 839;

No. 01–10273. TIJERINA *v.* UTAH BOARD OF PARDONS ET AL., *ante,* p. 839;

No. 01–10586. LOPEZ *v.* SECRETARY OF THE NAVY ET AL., *ante,* p. 851;

No. 01–10613. STILL *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 853;

No. 01–10691. ESPINOZA PENA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 857;

No. 01–11015. EVANS *v.* CITY OF KINGSVILLE, TEXAS, *ante,* p. 1028;

No. 02–551. PRIMM *v.* COUNTRY COS., *ante,* p. 1072;

No. 02–647. BANKS *v.* JEFFERSON-SMURFIT, *ante,* p. 1072;

No. 02–667. YORK *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL., *ante,* p. 1089;

No. 02–5060. BARBOSA *v.* UNITED STATES, *ante,* p. 1049;

No. 02–5980. DAHLER *v.* MICHIGAN, *ante,* p. 979;

No. 02–6129. PEARSON *v.* FINN ET AL., *ante,* p. 1006;

No. 02–6225. WATSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1008;

No. 02–6229. REDDEN *v.* GALLEY, WARDEN, ET AL., *ante,* p. 1032;

No. 02–6297. REDDEN *v.* MADES ET AL., *ante,* p. 1032;

No. 02–6508. TURNER *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL., *ante,* p. 1073;

No. 02–6573. SALES *v.* MISSOURI, *ante,* p. 1052;

No. 02–6634. STRINGER *v.* AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ET AL., *ante,* p. 1053;

No. 02–6761. BROWN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1074;

No. 02–6762. ALTVATER *v.* SUPREME COURT OF NEW YORK ET AL., *ante,* p. 1074;

No. 02–6803. IN RE TURNER, *ante,* p. 1070;

No. 02–6832. IN RE HARRIS, *ante,* p. 999;

No. 02–6858. ARMSTRONG *v.* COBB COUNTY WATER SYSTEM, *ante,* p. 1091;

No. 02–6899. IN RE MIKKO, *ante,* p. 1017;

No. 02–7052. WOODFIN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 1061;

No. 02–7137. DIPIETRO *v.* UNITED STATES, *ante,* p. 1064;

No. 02–7351. PELCHAT *v.* UNITED STATES, *ante,* p. 1094;

No. 02–7411. WHITFIELD *v.* ANDERSON, WARDEN, *ante,* p. 1096;

No. 02–7429. FRANKLIN *v.* FLORIDA ET AL., *ante,* p. 1096;
No. 02–7539. IN RE WILKINS, *ante,* p. 1087; and
No. 02–7577. EVANS *v.* KINGSVILLE INDEPENDENT SCHOOL DISTRICT, *ante,* p. 1165. Petitions for rehearing denied.

No. 00–1316. RODRIGUEZ DELGADO ET AL. *v.* SHELL OIL CO. ET AL., 532 U. S. 972;
No. 00–9978. JANNEH *v.* GRIFFEN ET AL., 534 U. S. 839; and
No. 01–1077. EVERETT *v.* UNITED STATES, 534 U. S. 1163. Motions for leave to file petitions for rehearing denied.

No. 02–646. MINNIECHESKE ET AL. *v.* SHAWANO COUNTY, WISCONSIN, *ante,* p. 1072. Motion of petitioner Donald Minniecheske for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

### FEBRUARY 25, 2003

No. 02–9203 (02A713). IN RE WILLIAMS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–9165 (02A707). WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

### FEBRUARY 26, 2003

No. 02–322. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES *v.* CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. [Certiorari granted *sub nom. Department of Treasury, Bureau of Alcohol, Tobacco and Firearms* v. *Chicago, ante,* p. 1018.] Judgment vacated, and case remanded to the Court of Appeals to consider what effect, if any, Div. J, Tit. 6, § 644, of the Consolidated Appropriations Resolution, 2003, Pub. L. 108–7, 117 Stat. 473, has on this case.